949 A.2d 338

**Donald S. WOJTASZEK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 46 WAP 2006.**

Supreme Court of Pennsylvania.

June 23, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, Appellee's Motion to Dismiss the Appeal as Moot is **GRANTED,** and the Application for Stay is **DENIED AS MOOT.**